United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 15, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
For the Fifth Circuit**

No. 03-51187
Summary Calendar

PAULA KAUTT,

Plaintiff - Appellant,

VERSUS

THE UNIVERSITY OF TEXAS AT SAN ANTONIO,

Defendant - Appellee.

Appeal from the United States District Court
For the Western District of Texas, San Antonio

SA-02-CV-547

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

The Plaintiff, Paula Kautt, filed suit in the United States District Court for the Western District of Texas, San Antonio Division against the Defendant, The University of Texas at San Antonio, alleging sex discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964. The Defendant

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

answered and after ample time for discovery filed a motion for summary judgment seeking dismissal of all of Plaintiff's claims. The district court granted Defendant's motion for summary judgment in a lengthy order filed September 16, 2003, and entered a final judgment in favor of Defendant on the same date. Plaintiff filed a timely appeal to this Court.

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself. For the reasons stated by the district court in order granting Defendant's motion for summary judgment, we affirm the final judgment entered in favor of Defendant. **AFFIRMED.**